```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JODIE ANN BEATTY,

                      **Plaintiff,**

    -against-

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND JOINERS OF AMERICA,

                      **Defendant.**

-------------------------------------------------------------X

23-CV-02126 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties were to file a joint status letter no later than June 20, 2023. See ECF No. 11. To date, no such letter has been filed. The parties are again directed to file a joint status letter no later than July 5, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 27, 2023
                New York, New York