USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATTY,<br><br>        Plaintiff,<br><br>    -against-<br><br>NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA,<br><br>        Defendant. | 23-CV-02126 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Defendant's pre-motion conference letter related to its anticipated motions for summary judgment. ECF Nos. 24. Defendant's request for a pre-motion conference is **DENIED**. Defendant is hereby **GRANTED** leave to file the motions. The Parties are directed to adhere to the following briefing schedule:

  **Opening Brief: April 15, 2024**

  **Opposition: May 6, 2024**

  **Reply: May 13, 2024**

  If the Parties wish to propose an alternative briefing schedule, they may do so by filing a Joint Letter on or before March 21, 2024.

**SO ORDERED.**

Dated: March 18, 2024
     New York, New York

                     */s/ Andrew L. Carter, Jr.*
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**