UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JODIE ANN BEATTY,

                      **Plaintiff,**                              23-CV-02126 (ALC)(SN)

-against-                                      **ORDER**

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND JOINERS OF AMERICA,

                      **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the Hon. Andrew L. Carter, Jr.'s order granting in part and denying in part Defendant's motion for summary judgment, the parties are directed to contact Courtroom Deputy Diljah Shaw by email at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     April 1, 2025
                 New York, New York