UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
**JODIE ANN BEATTY,**

                        **Plaintiff,**

            -against-                     1:23-cv-02126 (ALC) (SN)

**NEW YORK CITY DISTRICT COUNCIL**     **ORDER**
**OF CARPENTERS AND JOINERS OF**
**AMERICA,**

                        **Defendant.**
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       This Court will conduct a status conference in this action on **May 1, 2025 at 2:00PM**. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

**Dated:  April 1, 2025**
         **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**