UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JODIE ANN BEATTY,

       **Plaintiff,**

   -against-         1:23-cv-02126 (ALC) (SN)

NEW YORK CITY DISTRICT COUNCIL  <u>ORDER</u>
OF CARPENTERS AND JOINERS OF
AMERICA,

       **Defendant.**
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  Over the weekend, this Court asked the parties whether there was any connection between the plaintiff and a former client of Judge Carter's. The parties confirmed there is no conflict.

**SO ORDERED.**

**Dated: April 1, 2025**
     **New York, New York**
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**