UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
JODIE ANN BEATTY,

                  **Plaintiff,**

        -against-                      1:23-cv-02126 (ALC) (SN)

NEW YORK CITY DISTRICT COUNCIL      **ORDER**
OF CARPENTERS AND JOINERS OF
AMERICA,

                **Defendant.**
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    Today's status conference is adjourned *sine die*. The parties should submit a joint status report on settlement on or before **May 22, 2025**.

**SO ORDERED.**

**Dated:  May 1, 2025**
          New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**